**94–1823.** Soc. Bank of S. Ohio v. Butler Cty. Bd. of Revision. Board of Tax Appeals No. 92–D–1096. On motion to confirm settlement. Motion denied and cause remanded to Board of Tax Appeals for its consideration of the proposed settlement.

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.